| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Ashley Rose, Esq.<br>Sandelands Eyet LLP<br>1545 US Highway 206, Suite 304<br>Bedminster, NJ 07921<br>Telephone No.: 908-470-1200<br>Fax No.: 908-470-1206<br>*Attorneys for Secured Creditor* | Case No. 18-26407-JKS<br>Adv. No. 18-01538-JKS<br><br>Chapter:  11<br><br>Hearing Date: December 18, 2018<br><br>Judge:    John K. Sherwood |
| In Re:<br><br>  FRANCISCUS MARIA DARTEE,<br><br>Debtor(s). | |
| FRANCISCUS MARIA DARTEE,<br>Plaintiff,<br><br>v.<br><br>THE BANK OF NEW YORK MELLON CORPORATION AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC. MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-AR7,<br>Defendant. | |

## NOTICE OF MOTION TO DIMISS PLAINTIFF'S ADVERSARY COMPLAINT WITH PREJUDICE

The Bank of New York Mellon Corporation as Trustee for Structured Asset Mortgage Investments II Inc. Mortgage Pass-Through Certificates Series 2006-AR7 ("Movant") hereby moves this Court for dismissal of Plaintiff's Adversary Complaint with Prejudice for failure to state a claim, and for any additional relief as this Court deems just and necessary.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one on this case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant this motion, or if you want the court to consider your views on the motion, then within seven (7) days prior to the scheduled hearing, you or your attorney must:

File with the Court a written response or answer explaining your position, and mail a copy to:

>Ashley L. Rose, Esq.
>Sandelands Eyet LLP
>1545 U.S. Highway 206, Suite 304
>Bedminster, NJ 07921
>*Attorney for Secured Creditor, Defendant*
>
>Franciscus Dartee, *pro se*
>12 Moonshadow Court
>Kinnelon, NJ 07405
>*Debtor/Plaintiff*
>
>Michael A. Artis, Esq.
>U.S. Department of Justice
>One Newark Center, Suite 2100
>Newark, NJ 07102
>*Counsel for United States Trustee*

If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it by the date stated above.

**Hearing Scheduled To Be Held Before:**

Honorable John K. Sherwood
Date: December 18, 2018
Time: 10:00 am
Place: 50 Walnut Street, Newark, NJ 07102, Courtroom: 3D

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

                                                          By:    */s/Ashley Rose*
                                                                       Ashley Rose, Esq.
                                                                       SANDELANDS EYET LLP
                                                                       Attorneys for Secured Creditor

Dated:  November 26, 2018