# EXHIBIT A

## Foreclosure Case Summary

**Case Number:** SWC F-045047-14
**Case Caption:** The Bank Of New York Vs Dartee Margareth
**Court:** General Equity **Venue:** Morris **Case Initiation Date:** 10/28/2014
**Case Type:** Residential Mortgage Foreclosure **Case Status:** Defaulted
**Case Track:** **Judge:**

### Plaintiffs
**The Bank Of New Yorkmellon C**

| | | |
|---|---|---|
| **Party Description:** Bank | | **Attorney Name:** Suzanne Q Chamberlin |
| **Address Line 1:** | **Address Line 2:** | **Attorney Bar ID:** 024101987 |
| **City:** **State:** | **Zip:** 00000 | **Phone:** |
| **Attorney Email:** SCHAMBERLIN@SE-LLP.COM | | |

### Defendants
**Margareth Dartee**

| | | |
|---|---|---|
| **Party Description:** Individual | | **Attorney Name:** |
| **Address Line 1:** 12 Moonshadow Court | **Address Line 2:** | **Attorney Bar ID:** |
| **City:** Kinnelon **State:** NJ | **Zip:** 07405 | **Phone:** (973) 626-6464 |
| **Attorney Email:** | | |

**Usa**

| | | |
|---|---|---|
| **Party Description:** Other | | **Attorney Name:** |
| **Address Line 1:** | **Address Line 2:** | **Attorney Bar ID:** |
| **City:** **State:** | **Zip:** 00000 | **Phone:** |
| **Attorney Email:** | | |

**Franciscu Dartee Heirs**

| | | |
|---|---|---|
| **Party Description:** Heirs Successors | | **Attorney Name:** |
| **Address Line 1:** 12 Moonshadow Court | **Address Line 2:** | **Attorney Bar ID:** |
| **City:** Kinnelon **State:** NJ | **Zip:** 07405 | **Phone:** |
| **Attorney Email:** | | |

**Franciscu Dartee**

| | | |
|---|---|---|
| **Party Description:** Individual | | **Attorney Name:** |
| **Address Line 1:** 12 Moonshadow Court | **Address Line 2:** | **Attorney Bar ID:** |
| **City:** Kinnelon **State:** NJ | **Zip:** 07405 | **Phone:** (973) 626-6464 |
| **Attorney Email:** | | |

**Margareth Dartee Heirs**

| | | |
|---|---|---|
| **Party Description:** Heirs Successors | | **Attorney Name:** |
| **Address Line 1:** | **Address Line 2:** | **Attorney Bar ID:** |
| **City:** **State:** | **Zip:** 00000 | **Phone:** |
| **Attorney Email:** | | |

### Properties
**Block:** 56504 FKA **Lot:** 115 FKA 7
**Street Address:** 12 Moon Shadow Court **County:** Morris **Municipality:** 1415 - Kinnelon Boro
**Property Type:** Foreclosed Property

### Case Proceeding

| Created Date | Scheduled Time | Court Room | Judge Name | Proceeding Description | Motion Type | Proceeding Status | Motion Status |
|---|---|---|---|---|---|---|---|
| 02/06/2015 | 09:00 | 021 | | MOTION HEARING | | RSCHED | |
| 02/20/2015 | 09:00 | 021 | | MOTION HEARING | | COMPLETED | CM |
| 02/20/2015 | 09:00 | 021 | | MOTION HEARING | | COMPLETED | CM |

| Date | Time | Room | Judge | | Type | Motion Type | Status | |
|---|---|---|---|---|---|---|---|---|
| 10/23/2015 | 09:00 | 021 | | | MOTION HEARING | MISCELLANEOUS MOTION | RSCHED | |
| 11/06/2015 | 09:00 | 021 | | | MOTION HEARING | | COMPLETED | CM |
| 11/06/2015 | 09:00 | 021 | | | MOTION HEARING | MISCELLANEOUS MOTION | COMPLETED | CM |
| 01/08/2016 | 09:00 | 021 | | | MOTION HEARING | MISCELLANEOUS MOTION | COMPLETED | CM |
| 01/08/2016 | 09:00 | 021 | | | MOTION HEARING | MOTION TO AMEND COMPLAINT | COMPLETED | CM |
| 01/22/2016 | 09:00 | 021 | | | MOTION HEARING | MISCELLANEOUS MOTION | COMPLETED | CM |
| 02/04/2016 | 09:00 | 021 | | | TRIAL | | CANCEL | |
| 02/05/2016 | 09:00 | 021 | | | MOTION HEARING | MOTION TO AMEND COMPLAINT | RSCHED | |
| 02/05/2016 | 09:00 | 021 | | | MOTION HEARING | MISCELLANEOUS MOTION | RSCHED | |
| 03/04/2016 | 09:00 | 021 | | | MOTION HEARING | MOTION FOR SUMMARY JUDGMENT | COMPLETED | CM |
| 04/13/2016 | 09:00 | 021 | | | TRIAL | | CANCEL | |
| 04/15/2016 | 09:00 | 021 | | | MOTION HEARING | MOTION TO DISMISS | COMPLETED | CM |
| 04/13/2017 | 09:00 | 015 | ROBERT | J BRENNAN | MOTION HEARING | | COMPLETED | CM |
| 08/04/2017 | 09:00 | 015 | ROBERT | J BRENNAN | MOTION HEARING | MOTION TO RECONSIDER | COMPLETED | CM |
| 09/01/2017 | 09:00 | 015 | ROBERT | J BRENNAN | MOTION HEARING | MOTION TO VACATE | COMPLETED | CM |
| 06/22/2018 | 09:00 | 015 | ROBERT | J BRENNAN | MOTION HEARING | MOTION TO DISMISS | COMPLETED | CM |
| 11/30/2018 | 09:00 | 015 | ROBERT | J BRENNAN | MOTION HEARING | MOTION TO VACATE | RSCHED | |
| 12/07/2018 | 09:00 | 015 | ROBERT | J BRENNAN | MOTION HEARING | MOTION TO VACATE | PENDING | PG |

## Case Actions

| Filed Date | Docket Text | Transaction ID | Entry Date |
|---|---|---|---|
| 10/6/2016 | Objection Filed Notice submitted by Case Management | CHC201646254 | 10/6/2016 |
| 12/21/2016 | CORRECTED: Objection/Opposition submitted by J. HABERMANN of RAS CITRON LLC on behalf of THE BANK OF NEW YORKMELLON C against MARGARETH DARTEE, MARGARETH DARTEE HEIRS, FRANCISCU DARTEE, FRANCISCU DARTEE HEIRS | CHC2016229519 | 12/21/2016 |
| 1/13/2017 | CORRECTION: re: [CHC2016229519] Objection/Opposition submitted by J. HABERMANN of RAS CITRON LLC on behalf of THE BANK OF NEW YORKMELLON C against MARGARETH DARTEE, MARGARETH DARTEE HEIRS, FRANCISCU DARTEE, FRANCISCU DARTEE HEIRS Filing Type has been changed to ORDER by Case Management Staff | CHC201732787 | 1/13/2017 |
| 2/20/2017 | Stipulation Of Settlement/Dismissal submitted by CITRON, RICHARD, MARK of RAS CITRON LLC on behalf of THE BANK OF NEW YORKMELLON C against MARGARETH DARTEE, MARGARETH DARTEE HEIRS, FRANCISCU DARTEE, FRANCISCU DARTEE HEIRS, USA | CHC2017155056 | 2/20/2017 |
| 3/17/2017 | Certification - Certification submitted by CITRON, RICHARD, MARK of RAS CITRON LLC on behalf of THE BANK OF NEW YORKMELLON C against MARGARETH DARTEE, MARGARETH DARTEE HEIRS, FRANCISCU DARTEE, FRANCISCU DARTEE HEIRS, USA | CHC2017231760 | 3/17/2017 |
| 3/17/2017 | Motion For Final Judgment submitted by CITRON, RICHARD, MARK of RAS CITRON LLC on behalf of THE BANK OF NEW YORKMELLON C against MARGARETH DARTEE, MARGARETH DARTEE HEIRS, FRANCISCU DARTEE, FRANCISCU DARTEE HEIRS, USA | CHC2017231841 | 3/17/2017 |
| 3/31/2017 | Objection to Amount Due - First Pleading uploaded by Case Management Staff submitted by FRANCISCU DARTEE | CHC2017277645 | 4/3/2017 |
| 4/4/2017 | Court Generated Document submitted by Court | CHC2017281802 | 4/4/2017 |
| 4/5/2017 | Objection Filed Notice submitted by Case Management | CHC2017283360 | 4/5/2017 |
| 6/8/2017 | Order Signed-MISCELLANEOUS ORDER submitted by Court | CHC2017458184 | 6/8/2017 |
| 6/9/2017 | Miscellaneous Document-LETTER submitted by Court | CHC2017465699 | 6/12/2017 |
| 6/16/2017 | Uncontested Order for Final Judgment, Writ of Execution and Taxed Cost Sheet submitted by Court | CHC2017477980 | 6/16/2017 |
| 6/17/2017 | Foreclosure Judgment Notice Notice submitted by Case Management | CHC2017480268 | 6/17/2017 |
| 6/17/2017 | Foreclosure Writ Notice Notice submitted by Case Management | CHC2017480269 | 6/17/2017 |
| 7/14/2017 | Motion to Reconsider uploaded by Case Management Staff submitted by FRANCISCU DARTEE | CHC2017548791 | 7/18/2017 |
| 7/18/2017 | The motion filed on 07/14/2017 will be decided on 08/04/2017. Do not come to the courthouse because no oral argument has been requested. The court's decision will be sent to you. Re: MOTION TO RECONSIDER [CHC2017548791] | CHC2017551212 | 7/18/2017 |
| 7/27/2017 | OBJECTION/OPPOSITION submitted by PUNDALIK, MONIKA, S of RAS CITRON LLC on behalf of THE BANK OF NEW YORKMELLON C against MARGARETH DARTEE | CHC2017573808 | 7/27/2017 |
| 7/28/2017 | Order Signed-ADMINISTRATIVE TRANSFER ORDER submitted by Court | CHC2017575649 | 7/28/2017 |
| 8/3/2017 | Miscellaneous Document-Formal brief uploaded by Case Management Staff submitted by FRANCISCU DARTEE | CHC2017589326 | 8/3/2017 |
| 8/15/2017 | Motion to Vacate uploaded by Case Management Staff submitted by MARGARETH DARTEE | CHC2017619796 | 8/17/2017 |
| 8/14/2017 | ORDER TO RECONSIDER-Denied by Judge BRENNAN, ROBERT, J re: MOTION TO RECONSIDER [CHC2017548791] | CHC2017619959 | 8/17/2017 |
| 8/21/2017 | The motion filed on 08/15/2017 will be decided on 09/01/2017. Do not come to the courthouse because no oral argument has been requested. The court's decision will be sent to you. Re: MOTION TO VACATE [CHC2017619796] | CHC2017627342 | 8/21/2017 |

| Date | Description | Document ID | Date |
|---|---|---|---|
| 8/24/2017 | OBJECTION/OPPOSITION submitted by PUNDALIK, MONIKA, S of RAS CITRON LLC on behalf of THE BANK OF NEW YORKMELLON C against MARGARETH DARTEE | CHC2017636055 | 8/24/2017 |
| 8/25/2017 | Order Signed-ADMINISTRATIVE TRANSFER ORDER submitted by Court | CHC2017639041 | 8/25/2017 |
| 10/6/2017 | Motion to Stay of Sheriff Sale uploaded by Case Management Staff submitted by MARGARETH DARTEE | CHC2017727934 | 10/6/2017 |
| 10/6/2017 | Order Signed-ORDER TO STAY OF SHERIFF SALE submitted by Court | CHC2017728030 | 10/6/2017 |
| 10/17/2017 | ORDER TO VACATE-Denied by Judge BRENNAN, ROBERT, J re: MOTION TO VACATE [CHC2017619796] | CHC2017747543 | 10/17/2017 |
| 11/14/2017 | Miscellaneous Document-DEFT CORRESP GENERAL uploaded by Case Management Staff submitted by FRANCISCU DARTEE | CHC2017805060 | 11/14/2017 |
| 11/14/2017 | Order Signed-ORDER TO STAY OF SHERIFF SALE submitted by Court | CHC2017805460 | 11/14/2017 |
| 11/20/2017 | Bankruptcy uploaded by Case Management Staff submitted by MARGARETH DARTEE | CHC2017818108 | 11/20/2017 |
| 12/19/2017 | BANKRUPTCY submitted by CITRON, RICHARD, MARK of RAS CITRON LLC on behalf of THE BANK OF NEW YORKMELLON C against MARGARETH DARTEE, MARGARETH DARTEE HEIRS, FRANCISCU DARTEE, FRANCISCU DARTEE HEIRS, USA | CHC2017881679 | 12/19/2017 |
| 1/16/2018 | Bankruptcy uploaded by Case Management Staff submitted by SUZANNE Q CHAMBERLIN | CHC201828985 | 1/17/2018 |
| 2/7/2018 | CLERK NOTICE: re: BANKRUPTCY [CHC201828985] -Please disregard bankruptcy notice uploaded in error. See new notice. 2-7-18 | CHC201876293 | 2/7/2018 |
| 1/16/2018 | Bankruptcy uploaded by Case Management Staff submitted by MARGARETH DARTEE | CHC201876295 | 2/7/2018 |
| 2/12/2018 | Miscellaneous Document-Notice of Motion to Conversion to Chapter 11-Bankruptcy uploaded by Case Management Staff submitted by MARGARETH DARTEE | CHC201887079 | 2/13/2018 |
| 4/10/2018 | Miscellaneous Document-misc uploaded by Case Management Staff submitted by FRANCISCU DARTEE | CHC2018198144 | 4/10/2018 |
| 5/3/2018 | Miscellaneous Document-Miscellaneous uploaded by Case Management Staff submitted by FRANCISCU DARTEE | CHC2018248268 | 5/4/2018 |
| 5/25/2018 | BANKRUPTCY submitted by CITRON, RICHARD, MARK of RAS CITRON LLC on behalf of THE BANK OF NEW YORKMELLON C against MARGARETH DARTEE, USA, FRANCISCU DARTEE HEIRS, FRANCISCU DARTEE, MARGARETH DARTEE HEIRS | CHC2018289857 | 5/25/2018 |
| 5/29/2018 | Miscellaneous Document-CERTIFICATION OF REDACTION uploaded by Case Management Staff submitted by FRANCISCU DARTEE | CHC2018292384 | 5/29/2018 |
| 5/29/2018 | Motion to Dismiss uploaded by Case Management Staff submitted by FRANCISCU DARTEE | CHC2018293492 | 5/30/2018 |
| 5/30/2018 | The motion filed on 05/29/2018 will be decided on 06/22/2018. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION TO DISMISS [CHC2018293492] | CHC2018294090 | 5/30/2018 |
| 6/8/2018 | Miscellaneous Document-special deposit uploaded by Case Management Staff submitted by FRANCISCU DARTEE | CHC2018329217 | 6/11/2018 |
| 6/14/2018 | OBJECTION/OPPOSITION submitted by PUNDALIK, MONIKA, S of RAS CITRON LLC on behalf of THE BANK OF NEW YORKMELLON C against MARGARETH DARTEE, FRANCISCU DARTEE HEIRS, FRANCISCU DARTEE, MARGARETH DARTEE HEIRS | CHC2018346451 | 6/14/2018 |
| 5/23/2018 | Miscellaneous Document-correspondence general uploaded by Case Management Staff submitted by FRANCISCU DARTEE | CHC2018352797 | 6/18/2018 |
| 6/28/2018 | Miscellaneous Document-affidavit and bill for fees uploaded by Case Management Staff submitted by FRANCISCU DARTEE | CHC2018380126 | 6/29/2018 |
| 7/5/2018 | ORDER TO DISMISS-Denied by Judge BRENNAN, ROBERT, J re: MOTION TO DISMISS [CHC2018293492] | CHC2018387598 | 7/5/2018 |
| 7/9/2018 | Miscellaneous Document-constructive notice uploaded by Case Management Staff submitted by FRANCISCU DARTEE | CHC2018395156 | 7/9/2018 |
| 7/16/2018 | Miscellaneous Document-Correspondence uploaded by Case Management Staff submitted by DARTEE HEIRS    FRANCISCU | CHC2018407574 | 7/16/2018 |
| 7/30/2018 | Miscellaneous Document-MISCELLANEOUS uploaded by Case Management Staff submitted by FRANCISCU DARTEE | CHC2018437985 | 8/1/2018 |
| 8/15/2018 | Miscellaneous Document-Emergent Application to Stay Sheriff Sale submitted by Court | CHC2018461508 | 8/15/2018 |
| 8/15/2018 | Order Signed-ORDER TO STAY OF SHERIFF SALE submitted by Court | CHC2018461528 | 8/15/2018 |
| 8/16/2018 | MISCELLANEOUS DOCUMENT - Correspondence to court submitted by PUNDALIK, MONIKA, S of RAS CITRON LLC on behalf of THE BANK OF NEW YORKMELLON C against MARGARETH DARTEE, FRANCISCU DARTEE | CHC2018463525 | 8/16/2018 |
| 8/27/2018 | Miscellaneous Document-Notice of claim of right of subrogation for court bond uploaded by Case Management Staff submitted by MARIA DARTEE FRANCISCUS | CHC2018486654 | 8/30/2018 |
| 9/10/2018 | Miscellaneous Document-US Bankruptcy Court - Notice of Order Dismissing Case submitted by Court | CHC2018501844 | 9/10/2018 |
| 9/12/2018 | Bankruptcy uploaded by Case Management Staff submitted by FRANCISCU DARTEE | CHC2018506552 | 9/12/2018 |
| 10/22/2018 | Bankruptcy submitted by Court | CHC2018572608 | 10/22/2018 |
| 10/22/2018 | Bankruptcy submitted by Court | CHC2018572622 | 10/22/2018 |
| 10/25/2018 | Motion to Set Aside Sheriffs Sale uploaded by Case Management Staff submitted by FRANCISCU DARTEE | CHC2018578544 | 10/25/2018 |
| 10/25/2018 | Order Signed-ORDER TO STAY OF SHERIFF SALE submitted by Court | CHC2018578958 | 10/25/2018 |
| 10/30/2018 | Motion to Vacate uploaded by Case Management Staff submitted by FRANCISCU DARTEE *LINKED FILING* | CHC2018586282 | 10/31/2018 |
| 11/1/2018 | The motion filed on 10/30/2018 will be decided on 11/30/2018. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION TO VACATE [CHC2018586282] | CHC2018589354 | 11/1/2018 |
| 11/16/2018 | Miscellaneous Document-Notice of claim of right of subrogation uploaded by Case Management Staff submitted by FRANCISCU DARTEE | CHC2018610721 | 11/16/2018 |

| | | | | |
|---|---|---|---|---|
| 11/16/2018 | REQUEST FOR ADJOURNMENT/SCHEDULING DOCUMENT submitted by CHAMBERLIN, SUZANNE, Q of SANDELANDS EYET LLP on behalf of THE BANK OF NEW YORKMELLON C against FRANCISCU DARTEE | | CHC2018611494 | 11/16/2018 |
| 11/23/2018 | OBJECTION TO MOTION submitted by PUNDALIK, MONIKA, S of RAS CITRON LLC on behalf of THE BANK OF NEW YORKMELLON C against FRANCISCU DARTEE *LINKED FILING* | | CHC2018619362 | 11/23/2018 |
| 11/26/2018 | The motion filed on 10/30/2018 was rescheduled to 12/07/2018. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION TO VACATE [CHC2018586282] | | CHC2018620208 | 11/26/2018 |

**JEFIS Case Actions**

| Created Date | Document Type | Description | Attorney Name | Firm Name |
|---|---|---|---|---|
| 10/28/2014 | Complaint | Complaint | Mike S Ackerman | Zucker, Goldberg & Ackerm |
| 10/29/2014 | CMPost | NTC: FORECLOSURE DKT # ASGN | | |
| 12/11/2014 | Motion-OF | Motion-OF ext time to answer | | |
| 12/12/2014 | Stips-Sett-Disml | NOTICE OF PARTIAL DISMISSAL | Jamar Benjamin | Zucker, Goldberg & Ackerm |
| 12/12/2014 | Return-Service | Return-Service | Jamar Benjamin | Zucker, Goldberg & Ackerm |
| 12/12/2014 | Return-Service | Return-Service | Jamar Benjamin | Zucker, Goldberg & Ackerm |
| 12/12/2014 | Req-Default | REQUEST FOR DEFAULT | Jamar Benjamin | Zucker, Goldberg & Ackerm |
| 12/29/2014 | Orders-Signed | DENIED - ORDER EXTEND TIME | | |
| 01/14/2015 | Motion | Motion vacate assignment | Robert D Bailey | Zucker, Goldberg & Ackerm |
| 01/14/2015 | Motion | Motion | Robert D Bailey | Zucker, Goldberg & Ackerm |
| 01/14/2015 | Motion | Motion | Robert D Bailey | Zucker, Goldberg & Ackerm |
| 01/14/2015 | Motion | Motion | Robert D Bailey | Zucker, Goldberg & Ackerm |
| 01/14/2015 | Motion | Motion | Robert D Bailey | Zucker, Goldberg & Ackerm |
| 01/14/2015 | Motion | Motion | Robert D Bailey | Zucker, Goldberg & Ackerm |
| 01/14/2015 | Motion | Motion | Robert D Bailey | Zucker, Goldberg & Ackerm |
| 01/14/2015 | Motion | Motion | Robert D Bailey | Zucker, Goldberg & Ackerm |
| 01/14/2015 | Motion | Motion | Robert D Bailey | Zucker, Goldberg & Ackerm |
| 01/14/2015 | Motion | Motion | Robert D Bailey | Zucker, Goldberg & Ackerm |
| 02/03/2015 | Motion | MOTION DISMISSING COMPLAINT | | |
| 02/11/2015 | Obj-Motion | OBJECTION TO MOTION | Todd Marks | Zucker, Goldberg & Ackerm |
| 02/19/2015 | Corresp-General | OBJECTION TO MOTION | | |
| 05/07/2015 | Orders-Signed | order vacating assignment | | |
| 05/18/2015 | Answer | ANSWER TO COMPLAINT,CROSSCLAIM,COUNTERCL | | |
| 05/19/2015 | CMPost | NTC: ANSWER FILED | | |
| 07/07/2015 | Sub-Atty | Sub-Atty | Jaime R Ackerman | Zucker, Goldberg & Ackerm |
| 07/17/2015 | Sub-Atty | MISC SUBSTITUTE ATTORNEY | | |
| 08/26/2015 | X-Code-Doc | MISC OTHER | | |
| 09/23/2015 | CMPost | NTC: TRIAL TRIAL SCHD | | |
| 09/23/2015 | CMPost | NTC: TRIAL TRIAL SCHD | | |
| 09/23/2015 | CMPost | NTC: TRIAL TRIAL SCHD | | |
| 09/24/2015 | X-Code-Doc | MISC OTHER | | |
| 10/05/2015 | Motion | MOTION MISC | | |
| 10/15/2015 | Motion | RNF - Motion | Alina H Eyet | Sandelands Eyet LLP |
| 10/15/2015 | Motion | Motion | Alina H Eyet | Sandelands Eyet LLP |
| 10/15/2015 | Motion | Motion | Alina H Eyet | Sandelands Eyet LLP |
| 10/15/2015 | Motion | Motion | Alina H Eyet | Sandelands Eyet LLP |
| 10/15/2015 | Motion | Motion | Alina H Eyet | Sandelands Eyet LLP |
| 10/15/2015 | Motion | Motion | Alina H Eyet | Sandelands Eyet LLP |
| 10/15/2015 | Motion | Motion | Alina H Eyet | Sandelands Eyet LLP |
| 10/15/2015 | Motion | Motion | Alina H Eyet | Sandelands Eyet LLP |
| 10/20/2015 | CORRESP-GENERAL | Foreclosure Deficiency Notice | | |
| 10/20/2015 | Motion | Motion | Alina H Eyet | Sandelands Eyet LLP |
| 10/20/2015 | Motion | Motion | Alina H Eyet | Sandelands Eyet LLP |
| 10/20/2015 | Motion | Motion | Alina H Eyet | Sandelands Eyet LLP |
| 10/20/2015 | Motion | Motion | Alina H Eyet | Sandelands Eyet LLP |
| 10/20/2015 | Motion | Motion | Alina H Eyet | Sandelands Eyet LLP |
| 10/20/2015 | Motion | Motion | Alina H Eyet | Sandelands Eyet LLP |
| 10/20/2015 | Motion | Motion | Alina H Eyet | Sandelands Eyet LLP |
| 10/22/2015 | Motion | MISC MOTION | Alina H Eyet | Sandelands Eyet LLP |
| 11/02/2015 | Orders-Signed | Orders CASE MANG | | |
| 12/08/2015 | Orders-Signed | Orders-Signed | | |
| 12/16/2015 | Motion | motion misc | | |
| 12/23/2015 | X-Code-Doc | Demand for Inspeciton Note | | |
| 12/23/2015 | Motion | AMEND COMPLAINT | Alina H Eyet | Sandelands Eyet LLP |
| 12/23/2015 | Motion | AMEND COMPLAINT | Alina H Eyet | Sandelands Eyet LLP |

| Date | Type | Description | Attorney | Firm |
|---|---|---|---|---|
| 12/23/2015 | Motion | Motion | Alina H Eyet | Sandelands Eyet LLP |
| 12/23/2015 | Motion | Motion | Alina H Eyet | Sandelands Eyet LLP |
| 12/23/2015 | Motion | Motion | Alina H Eyet | Sandelands Eyet LLP |
| 12/30/2015 | Obj-Motion | Obj-Motion Reply Brief | Alina H Eyet | Sandelands Eyet LLP |
| 01/05/2016 | X-Code-Doc | demand for inspection | | |
| 01/07/2016 | Motion | MISC MOTION | | |
| 01/11/2016 | Obj-Motion | OBJECTION TO MOTION | | |
| 01/13/2016 | Sub-Atty | Notice of appearance | Richard M Citron | Ras Citron LLC |
| 01/14/2016 | Obj-Motion | Obj-Motion | Alina H Eyet | Sandelands Eyet LLP |
| 01/27/2016 | Complaint-Other | Complaint-Other | Alina H Eyet | Sandelands Eyet LLP |
| 01/28/2016 | CMPost | NTC: TRIAL TRIAL SCHD | | |
| 01/28/2016 | CMPost | NTC: TRIAL TRIAL SCHD | | |
| 01/28/2016 | CMPost | NTC: TRIAL TRIAL SCHD | | |
| 01/28/2016 | CMPost | NTC: TRIAL TRIAL SCHD | | |
| 02/04/2016 | Motion | SUMMARY JUDGMENT | Alina H Eyet | Sandelands Eyet LLP |
| 02/04/2016 | Motion | SUMMARY JUDGMENT | Alina H Eyet | Sandelands Eyet LLP |
| 02/04/2016 | Motion | Motion | Alina H Eyet | Sandelands Eyet LLP |
| 02/04/2016 | Motion | Motion | Alina H Eyet | Sandelands Eyet LLP |
| 02/04/2016 | Motion | Motion | Alina H Eyet | Sandelands Eyet LLP |
| 02/04/2016 | Motion | Motion | Alina H Eyet | Sandelands Eyet LLP |
| 02/04/2016 | Motion | Motion | Alina H Eyet | Sandelands Eyet LLP |
| 02/04/2016 | Motion | Motion | Alina H Eyet | Sandelands Eyet LLP |
| 02/24/2016 | Corresp-General | attroney corresp | | |
| 02/25/2016 | Answer | Answer | | |
| 02/26/2016 | X-Code-Doc | MISC BRIEF | Alina H Eyet | Sandelands Eyet LLP |
| 03/02/2016 | Answer | Obj to motion for summ judgmt | | |
| 03/02/2016 | Obj-Motion | Obj-Motion for SJ | | |
| 03/02/2016 | CMPost | NTC: ANSWER FILED | | |
| 03/16/2016 | Orders-Signed | Orders amended complaint | | |
| 03/16/2016 | Orders-Signed | Order amended complaint | | |
| 03/16/2016 | Orders-Signed | Order cross motion | | |
| 03/16/2016 | Orders-Signed | DN order misc | | |
| 03/21/2016 | Orders-Signed | Order summary judgment | | |
| 03/23/2016 | Motion | MOTION FOR DISMISSAL | | |
| 04/07/2016 | Obj-Motion | Obj-Motion Dismiss | Alina H Eyet | Sandelands Eyet LLP |
| 05/09/2016 | Orders-Signed | DN order dismissal | | |
| 08/16/2016 | X-Code-Doc | Appellate Order on Motion | | |
| 09/01/2016 | Req-Default | REQUEST FOR DEFAULT | Donald V Valenzano | Ras Citron LLC |
| 09/01/2016 | Certifications | Certifications | Donald V Valenzano | Ras Citron LLC |
| 09/01/2016 | Return-Service | Return-Service | Donald V Valenzano | Ras Citron LLC |
| 09/01/2016 | Certifications | Certifications | Donald V Valenzano | Ras Citron LLC |
| 09/27/2016 | Obj-Amt-Due | OBJECTION TO AMOUNT DUE | | |
| 10/05/2016 | CORRESP-GENERAL | Admin Tranfer Order | | |

# EXHIBIT B

**FILED**

SEP 06 2018

PHILIP J. MAENZA, J.S.C.
JUDGE'S CHAMBERS
MORRIS COUNTY COURTHOUSE

PREPARED BY THE COURT

| | |
|---|---|
| Franciscus Maria Dartee<br>Plaintiff<br>Vs.<br>Nationstar Mortgage LLC<br>Defendant | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION, MORRIS COUNTY<br>SPECIAL CIVIL PART<br><br>DOCKET NUMBER SC-452-18<br>CIVIL ACTION<br>**ORDER OF DISPOSITION** |

This matter having been brought before the court, it is on this 6th day of September 2018, ORDERED that this matter be marked:

_____ (12) Dismissed Without Prejudice
__X__ (10) Dismissed With Prejudice
__X__ (12) Dismissed – No Appearance by Plaintiff
_____ (12) Dismissed – No Appearance by Either Party

_____ (14) Transfer to Another Court: _____
_____ (15) Transfer to Another County: _____
         without Conference
_____ (08) Default Entered – Proofs to be Submitted
_____ (08) Default Entered – Schedule Proof Hearing
_____ (08) Default Entered (LT Docket)
         Amended to Include _____ Rent

_____ (12) Voluntary Dismissal
_____ (24) Settled Before Trial
_____ (35) Settled at Trial by
         Mediation Conference
_____ (29) Settled at Trial by
         Judicial Conference
_____ (36) Stipulated Settlement

_____ (07) Judgment for Possession (LT Docket)
_____ (05) Tried to Completion with Jury
_____ (07) Tried to Completion without Jury
_____ (09) Summary Judgment
_____ (08) Default Judgment
_____ No Cause for Action
_____ Judgment for Plaintiff
_____ Judgment for Defendant

Amount of Judgment: $_____
Costs: $_____
Statutory Attorney's Fees: $_____
Total: $_____

_____ Requested attorney's fees allowed by contract are included in the judgment and are hereby found to be reasonable by the court.

Comments/Other: _F-45047-14 has involved these parties and was adjudicated. Entire controversy doctrine bars duplicative lawsuits._

_____
Philip J. Maenza, Judge of the Superior Court

# EXHIBIT C



Franciscus Maria Dartee
c/o 12 Moonshadow Court
Kinnelon, New Jersey 07405

Via Facsimile to 1 (973) 656-4123

September 7, 2018

Morris County Courthouse, Special Civil Part
Small Claims Section
Washington and Court Sts.
P.O. Box 910
Morristown, NJ 07963-0910

Re:  **Notice of Withdrawal of Case Docket  No. MRS SC-000458-18
DARTEE VS THE BANK OF NEW YORK MELLON CORPORATION
Scheduled for 09/13/2018**

Dear Clerk:

Please confirm receipt and accept this Notice of Withdrawal of the above referenced case.

Please fax confirmation to: 1 (801) 459-6192. A stamp or simple receipt notation on this letter will be fine.

Thank you for your courtesy.

Sincerely,

By /s/ _____
Dartee, Franciscus-Maria as beneficiary of
FRANCISCUS DARTEE

# EXHIBIT D

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

**RAS Crane LLC**
Attorneys for Secured Creditor
10700 Abbott's Bridge Rd., Suite 170
Duluth, GA 30097
-and-
130 Clinton Road, Suite 202
Fairfield, NJ 07004
Telephone No.: 973-575-0707 (local)
Telephone No.: 561-241-6901 (main)

Laura Egerman, Esq. (LE-8250)

In Re:

**FRANCISCUS MARIA DARTEE,**

    Debtor.

Order Filed on October 24, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey

Case No.:    18-26407-JKS

Chapter:    11

Hearing Date:

Judge:    John K. Sherwood

## ORDER VACATING STAY, GRANTING MOVANT IN REM RELIEF FROM THE AUTOMATIC STAY TO PRESENT FUTURE BANKRUPTCY FILINGS

The relief set forth on the following page, is hereby **ORDERED.**

DATED: October 24, 2018

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the motion of RAS Crane, LLC, attorneys for THE BANK OF NEW YORK MELLON CORPORATION AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC. MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-AR7 ("Secured Creditor") under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

AND NOW, it appearing to the Court that the requisite conditions for the issuance of such an Order exists, the Court hereby confirms via this Order, that In Rem Relief is granted to THE BANK OF NEW YORK MELLON CORPORATION AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC. MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-AR7 so that it may proceed with its State Court Remedies on the following real property:

☑ Real property more fully described as:

**12 MOODSHADOW COURT, KINNELON, NEW JERSEY 07405**

ORDERED that the Automatic Stay of all proceedings, as provided under 11 U.S.C. §362 is modified with respect to the premises 12 MOODSHADOW COURT, KINNELON, NEW JERSEY 07405, as more fully set forth in the legal description attached to said mortgage, as to allow the Movant, its successors or assigns, to take any legal or consensual action for enforcement of its right to possession of, or title to, said premises; said actions include but are not limited to its State Court Rights and eviction proceedings; and it is further

ORDERED, that future bankruptcy cases filed by the DEBTOR, FRANCISCUS MARIA DARTEE A/K/A FRANK M. DARTEE, NON-FILING BORROWER MARGARETHA DARTEE, their successors or assigns, or any occupants, **will not stay** any actions taken by Movant, its successors, assigns. Or any other purchaser or entity from proceeding with any legal or consensual actions necessary for enforcement of its right to possession of, or title to, said premises; and it is further

ORDERED that the Office of the Clerk/Register of Deeds for MORRIS County is hereby directed to allow for the recording of this Order, and that this Order is effective for two (2) years from the date of entry, provided it is recorded as provided for §362(d)(4); and it is

ORDERED that the movant may join the Debtor(s), any trustee, and any other party who entered an appearance on the motion.

17-11121-SLM
15-053621
Order on Automatic Stay

# EXHIBIT E

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

**FILED**
JEANNE A. NAUGHTON, CLERK

OCT 25 2018

U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY_____ DEPUTY

In Re:

**FRANCISCSUS MARIA DARTEE,**

Debtor.

Case No.: 18-26407 (JKS)

Chapter: 11

Hearing Date: October 24, 2018

Judge: Sherwood

**ORDER DENYING MOTION FOR RECONSIDERATION
OF ORDER GRANTING SECURED CREDITOR'S MOTION
FOR RELIEF FROM THE AUTOMATIC STAY**

The relief set forth on the following page, numbered two (2), is ORDERED.

_____
HONORABLE JOHN K. SHERWOOD
UNITED STATES BANKRUPTCY JUDGE

Dated: October 25, 2018

Debtor: Franciscus Maria Dartee
Case No. 18-26407 (JKS)
Caption: **Order Denying Motion for Reconsideration of Order Granting Secured Creditor's Motion for Relief from the Automatic Stay**

A motion having been filed on October 24, 2018 by Franciscsus Maria Dartee, Debtor, for entry of an order as set forth above; and the Court having considered all of the papers submitted, along with the arguments of the Debtor and RAS Citron, LLC, counsel for Secured Creditor Nationstar Mortgage LLC as servicer for The Bank of New York Mellon Corporation as Trustee for Structured Asset Mortgage Investments II Inc. Mortgage Pass-Through Certificates Series 2006-AR7, holder/servicer of the mortgage on Debtor's property at 12 Moonshadow Court, Kinnelon, New Jersey (Laura Egerman, Esq. appearing); and for the reasons set forth on the record and for good cause shown; it is

ORDERED that the aforesaid motion is denied.