UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Ashley L. Rose, Esq.
Sandelands Eyet LLP
1545 US Highway 206, Suite 304
Bedminster, NJ 07921
Telephone No.: 908-470-1200
Fax No.: 908-470-1206
Attorneys for Secured Creditor

In Re:

FRANCISCUS MARIA DARTEE,

Debtor.

Case No.: 18-26407-JKS
Chapter: 11
Adv. No.: 18-01538-JKS
Hearing Date: December 18, 2018
Judge: John K. Sherwood

## CERTIFICATION OF SERVICE

1. I, __Ashley L. Rose, Esq.__ :

   ☒ represent __The Bank of New York Mellon Corporation__ in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __November 26, 2018__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Notice of Motion to Dismiss Plaintiff's Adversary Complaint with Prejudice;
   Certification of Attorney in Support of Motion;
   Memorandum of Law in Support of Motion.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: __11/26/2018__

/s/ Ashley Rose
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Franciscus Dartee, pro se<br>12 Moonshadow Court<br>Kinnelon, NJ 07405 | Debtor/Plaintiff | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Michael A. Artis, Esq.<br>U.S. Department of Justice<br>One Newark Center, Suite 2100<br>Newark, NJ 07102 | Counsel for United States Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Notice of Electronic Filing (NEF)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |