Form tsntc

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

In Re:  Franciscus Maria Dartee
Debtor

Case No.: 18−26407−JKS
Chapter 11

Franciscus Maria Dartee
Plaintiff

v.

The Bank of New York Mellon Corporation dba The
Bank of New York Mellon f/k/a The Bank of New York
as successor in interest to JP Morgan Chase Bank, NA
Defendant

Adv. Proc. No. 18−01538−JKS                               Judge: John K. Sherwood

**Notice That a Transcript Has Been Filed**

    You are Noticed that a Transcript has been filed on 1/25/19. Pursuant to the Judicial Conference Policy on Privacy, access to this transcript is restricted for a period of ninety days from the date of filing. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [For information about how to contact the transcriber, please call the Clerk's Office] All parties have seven business days to file a Request for Redaction of any social security numbers, financial account data, names of minor−age children, dates of birth, and home addresses. If redaction is requested, the filing party has twenty−one calendar days from the date the transcript was filed to file a list of items to be redacted indicating the location of the identifiers within the transcript with the court and to provide the list to the transcriber. The transcriber has thirty−one days from the date the list of items to be redacted was filed to file the redacted version of the transcript with the court . If no request is filed, the transcript will be made electronically available to the general public after the ninety days.

Dated: February 5, 2019
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

Dartee,
    Plaintiff

Adv. Proc. No. 18-01538-JKS

The Bank of New York Mellon Corporation,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin        Page 1 of 1        Date Rcvd: Feb 05, 2019
                      Form ID: tsntc      Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2019.
aty             +RAS Cintron,    130 Clinton Road,    Suite 202,    Fairfield, NJ 07004-2927
pla             +Franciscus Maria Dartee,    c/o 12 Moonshadow Court,    Kinnelon, NJ 07405-2949

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Feb 05 2019 23:56:53      U.S. Attorney,    970 Broad St.,
  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 05 2019 23:56:51      United States Trustee,
  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
  Newark, NJ 07102-5235
                                                                                                                   TOTAL: 2

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2019                                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2019 at the address(es) listed below:
       Ashley L. Rose    on behalf of Defendant    The Bank of New York Mellon Corporation dba The Bank of
  New York Mellon f/k/a The Bank of New York as successor in interest to JP Morgan Chase Bank, NA
    arose@se-llp.com
                                                                                                                                                                                        TOTAL: 1